**Barbara KOTZIAS, Respondent,**

v.

**William KOTZIAS, Appellant.**

**No. WD 66517.**

Missouri Court of Appeals, Western District.

March 20, 2007.

Dennis J. Campbell Owens, Kansas City, MO, for Appellant.

John P. Ryan, Jr., Grandview, MO, for Respondent.

Before: LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. William Kotzias appeals the judgment of the trial court dissolving his marriage to Ms. Barbara Kotzias. Mr. Kotzias raises two points on appeal. He contends that the trial court erred in dividing the marital assets, and in refusing to award him maintenance.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b)